AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Juana CASTANEDA Contreras | ) | |
| YOB: 1973 COB: MEX | ) | 7:25-mj-2513 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    October 02, 2025    in the county of    Hidalgo    in the

Southern    District of    Texas    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1546 (a) | On or about October 02, 2025, within the jurisdiction of the United States, the defendant, a holder of a Border Crossing Card, knowingly used said document for a purpose not authorized by law, specifically by engaging in unauthorized employment within the United States. The defendant's actions violated the terms and conditions under which the Border Crossing Card was issued, in violation of Title 18, United States Code, Section 1546. |

This criminal complaint is based on these facts:

See Attachment A

United States Courts
Southern District of Texas
FILED

*October 02, 2025*

Nathan Ochsner, Clerk of Court

☑ Continued on the attached sheet.

Approved by AUSA Pat Profit

/s/Krystian Sanchez

*Complainant's signature*

Krystian Sanchez HSI Special Agent

*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date:    10/02/2025    @ 11:01 p.m.

*Judge's signature*

City and state:    McAllen, Texas

Juan F. Alanis, United States Magistrate Judge

*Printed name and title*

Attachment A

I, Krystian Sanchez, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause.  I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On October 2, 2025, HSI in McAllen, Texas executed a search warrant at Jem's Textil Recycling LLC, a business located in McAllen, Texas. During the operation, HSI McAllen Special Agents (SA) encountered Juana CASTANEDA-Contreras, a Mexican national. CASTANEDA-Contreras provided HSI McAllen SAs a B1/B2 visa identification card, which allows citizens of Mexico to visit the United States but does not provide permission to be employed.

2. On October 2, 2025, HSI SAs conducted an interview with CASTANEDA-Contreras. A HSI SA read CASTANEDA-Contreras her Miranda rights. CASTANEDA-Contreras stated she understood her rights and voluntarily waived them orally and in writing. CASTANEDA-Contreras made the following non-verbatim statements that have been paraphrased and may not be in the order in which she gave them:

3. CASTANEDA-Contreras admitted that she entered the U.S. under false pretenses of being a visitor in order to work in the U.S. without employment authorization.

4. CASTANEDA-Contreras stated she has been employed at Jem's Textil Recycling LLC for approximately 2 months.

5. Additionally, during the operation, the onsite manager of Jem's Textil Recycling LLC, identified as Veronica Aleman RAMIREZ, confirmed to HSI SAs that CASTANEDA-Contreras was an employee of the business.